

# In the Missouri Court of Appeals
## Eastern District

FEBRUARY 23, 2016

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.   ED102228   JAMES SCOTT, APP V STATE OF MISSOURI, RES

2.   ED102314 STATE OF MISSOURI, RES V QUENTIN GILLEYLEN, APP

3.   ED102572 DEVON NABORS, APP V STATE OF MISSOURI, RES

4.   ED102635 IN THE INTEREST OF:  J.M.A.

5.   ED102750 MONTREAL JOHNSON, APP V STATE OF MISSOURI, RES

6.   ED102787 DEBRA WALLER-LEE, RES V KEVIN R. LEE, APP

7.   ED102886 MO UNITED SCHOOL, RES V JACKSON R-II SCHOOL, APP

8.   ED102894 THOMAS WASHINGTON, APP V STATE OF MISSOURI, RES

9.   ED102935 DAMION NEAL, APP V STATE OF MISSOURI, RES

10.   ED102936 STATE OF MISSOURI, RES V REGINALD L. SHAW, APP

11.   ED102950   ENTERTAINMENT CRUISE, RES V JAMES SCHMERSAHL, APP

## CORRECTION(S):

1.   ED102666 DARRIN M. MCCALL, APP V STATE OF MISSOURI, RES